UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
APR 21 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) DAVID TAYLOR )
)
v. ) Case No: _____
)
)
Defendant(s) COLLEEN GORMAN, ) Judge: _____
COOK COUNTY PUBLIC DEFENDER'S
OFFICE )

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, DAVID TAYLOR, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   
   KENNETH FLAXMAN
   LOVEY & LOVEY
   
   14CV2925
   JUDGE KENNELLY
   MAGISTRATE JUDGE KIM
   
   but I have been unable to find an attorney because:

3. I declare that (check all that apply):
   (Now:)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.
   
   (Earlier:)
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

☐ Grammar school    ☐ Some high school    ☒ High school graduate

☐ Some college    ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_David Taylor_  
Movant's Signature

_P.O. Box 089002_  
Street Address

_____  
Date

_CHICAGO, IL 60608_  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |