# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| DAVID TAYLOR (#2013-0603155)<br>*Plaintiff*<br>v.<br>COLLEEN GORMAN, et al.<br>*Defendant* | Civil Action No. 14 C 2925 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:  Judgment is entered in favor of defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Matthew F. Kennelly

Date:  May 16, 2014

Thomas G. Bruton, Clerk of Court

/S/   Pamela J. Geringer